ALBANY,
Feb. 1829.

Wiley
v.
Moore.

### KISSAM vs. MORRIS.

MOTION to quash a certiorari to a justice. A term intervened between its teste and return. The motion was denied by the court, a certiorari being held to fall within the principle applicable to *final* process, which is allowed to be amended, although *mesne* process cannot be amended. (9 *Johns. R.* 386.) Leave was given to amend, on payment of costs of motion.

*A certiorari may be amended, though a term intervenes between its teste and return.*

---

### WILEY vs. MOORE.

MOTION to strike out words in an amended count of a declaration. After receiving a plea, and within 20 days, the plaintiff amended his declaration in slander, by adding other and additional slanderous words, which he claimed to have a right to do, under the 8th rule of April term, 1796, permitting an amendment as of course.

*Under the rule allowing an amendment as of course, the plaintiff cannot add words, giving a new and distinct cause of action from that originally set forth.*

*By the Court,* SUTHERLAND, J. The court have said that the plaintiff cannot amend his declaration, nor the defendant his plea *as of course,* within the 20 days, by adding a *new count* or a *new plea.* (18 *Johns. R.* 310.) This case falls within the spirit of those decisions. Adding the speaking of words giving a cause of action, new and distinct from that originally set forth, is equivalent to adding a new count.

Motion granted.